UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HEATH,<br><br>    Plaintiff,<br><br> v.<br><br>AQUA METALS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-07196-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: ECF No. 5 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Gilliam for consideration of whether the case is related to <u>Hampton v. Aqua Metals</u>, Case No. 17-cv-7142.

**IT IS SO ORDERED.**

Dated: March 1, 2018

_____
JON S. TIGAR
United States District Judge