|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |
| 4 | ARLIS HAMPTON, Individually and On Behalf of All Others Similarly Situated, | Case No.: 4:17-cv-07142-HSG |
| 5 | | **ORDER CONSOLIDATING RELATED ACTIONS** |
| 6 | Plaintiff, | |
| 7 | v. | CLASS ACTION |
| 8 | AQUA METALS, INC., STEPHEN R. CLARKE, THOMAS MURPHY, and MARK WEINSWIG, | |
| 9 | | |
| 10 | Defendants. | |
| 11 | GRANT HEATH, on behalf of himself and all others similarly situated, | Case No. 4:17-cv-07196-HSG |
| 12 | Plaintiffs, | CLASS ACTION |
| 13 | | |
| 14 | vs. | |
| 15 | AQUA METALS, INC., THOMAS MURPHY, MARK WEINSWIG, and STEPHEN R. CLARKE, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | LOTFY ARBAB, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:17-cv-07270-HSG |
| 23 | Plaintiff, | CLASS ACTION |
| 24 | vs. | |
| 25 | AQUA METALS, INC., THOMAS MURPHY, MARK WEINSWIG, and STEPHEN R. CLARKE, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

| | |
|---|---|
| 1 | Having considered the Joint Administrative Motion for Consolidation of Related Actions |
| 2 | (the "Motion), it is hereby ordered that the Motion is **GRANTED**.  GOOD CAUSE appearing |
| 3 | therefor, the cases captioned *Grant Heath vs. Aqua Metals, Inc., Thomas Murphy, Mark Weinswig,* |
| 4 | *and Stephen R. Clarke*, Case No. 4:17-cv-07196-HSG; and *Lotfy Arbab v. Aqua Metals, Inc.,* |
| 5 | *Thomas Murphy, Mark Weinswig, and Stephen R. Clarke,* Case No. 4:17-cv-07270-HSG are |
| 6 | hereby consolidated into *Arlis Hampton v. Aqua Metals, Inc., Stephen R. Clarke, Thomas Murphy,* |
| 7 | *and Mark Weinswig*, Case No. 4:17-cv-07142-HSG.  The earlier-filed civil action, Case No. 4:17- |
| 8 | cv-07142-HSG, shall serve as the lead case. The clerk is directed to administratively close the |
| 9 | later-filed civil actions, Case Nos. 4:17-cv-07196-HSG and 4:17-cv-07270-HSG.  All future |
| 10 | filings should be made in the lead case only and should be captioned "In Re Aqua Metals, Inc. |
| 11 | Securities Litigation."  This order terminates Dkt. No. 34 in Case No. 4:17-cv-07142. |

**SO ORDERED:**

Dated: 3/29/2018

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge