|   |   |   |
|---|---|---|
| | | Reset Form |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE AQUAMETALS, INC., ) 
SECURITIES LITIGATION ) Case No: 4:17-CV-7142
)
            Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
  v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
            Defendant(s). )

    I, Stephanie A. Bartone, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plymouth County Group in the above-entitled action. My local co-counsel in this case is Rosemary M. Rivas, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Levi & Korsinsky, LLP, 733 Summer Street, Sutie 304, Stamford, CT 06901 | Levi & Korsinsky, LLP, 44 Montgomery Street, Suite 650, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (203) 992-4523 | (415) 291-2420 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sbartone@zlk.com | rrivas@zlk.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 433899.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                          Stephanie A. Bartone
                                                                            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Stephanie A. Bartone is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/15/2018                                                             *Haywood S. Gill*
                                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# State of Connecticut

# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Supreme Court at **Hartford** on the **5th** day of **November, 2012**

**Stephanie Ann Bartone**

of

**Milford, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **June 11, 2018**

*Carolyn C. Ziogas*
Chief Clerk