Donald S. Davidson (SBN 231908)
davidsonds@gtlaw.com
Michael R. Hogue (SBN 272083)
hoguem@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Robert Horowitz
horowitzr@gtlaw.com
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
(*pro hac vice*)

Attorneys for Defendants
AQUA METALS, INC.,
THOMAS MURPHY,
SELWYN MOULD, and
STEPHEN R. CLARKE

Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Kristin J. Moody (SBN 206326)
kmoody@bermantabacco.com
A. Chowning Poppler (SBN 272870)
cpoppler@bermantabacco.com
BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200

Counsel for the PLYMOUTH COUNTY GROUP and Co-Lead Counsel for the Class

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

In Re Aqua Metals, Inc. Securities Litigation

Lead Case No. 4:17-CV-07142-HSG

**CLASS ACTION**

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXCEED PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS**

WHEREAS, on June 6, 2018, the Court approved the proposed scheduling order of the parties and entered a scheduling order ("Scheduling Order") setting a briefing schedule on Defendants anticipated Motion to Dismiss [Doc. 68].

WHEREAS, pursuant to the Scheduling Order, Plaintiffs filed their Consolidated Complaint for Violation of Securities Laws ("Complaint") on July 20, 2018 [Doc. 83]. The Complaint, excluding exhibits, was 130 pages long and contained 437 paragraphs of allegations. *Id.*

WHEREAS, on September 10, 2018 counsel for Defendants contacted counsel for Plaintiffs requesting Plaintiffs stipulate to oversized briefs given the size and nature of Plaintiffs' Complaint. Pursuant to those discussions, the parties agreed that Defendants would file one combined brief on behalf of all Defendants and be permitted 40 pages for their brief in support of the anticipated Motion to Dismiss and that Plaintiffs would be similarly permitted 40 pages for their brief in response.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

1. The page limit imposed by Local Rule 7-4(b) with respect to Defendants' anticipated Motion to Dismiss, which will be one combined brief for all Defendants, is extended to forty (40) pages.
2. The page limit imposed by Local Rule 7-4(b) with respect to Plaintiffs' response to Defendants' anticipated Motion to Dismiss is extended to forty (40) pages.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: September 14, 2018

**BERMAN TABACCO**

By: /s/ Nicole Lavallee
     Nicole Lavallee

Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
     kmoody@bermantabacco.com
     cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

Shannon L. Hopkins
Nancy A. Kulesa
Stephanie A. Bartone
**LEVI & KORSINSKY, LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com
     nkulesas@zlk.com
     sbartone@zlk.com

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for the Plymouth County Group and Co-Lead Counsel for the Class*

DATED: September 14, 2018

**GREENBERG TRAURIG, LLP**

By: /s/ Michael R. Hogue

Donald S. Davidson
Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: davidsonds@gtlaw.com
hoguem@gtlaw.com

Robert Horowitz
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: horowitzr@gtlaw.com
(*pro hac vice*)

Counsel for Defendants AQUA METALS, INC., THOMAS MURPHY, SELWYN MOULD, and STEPHEN R. CLARKE

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in its filing.

By: */s/ Michael R. Hogue*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: September 17, 2018

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE