UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLIS HAMPTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AQUA METALS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-07142-HSG<br><br>**ORDER DENYING REQUEST FOR PAGE EXTENSION AND GRANTING REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 99 |

On November 16, 2018, Defendants filed a motion to extend the page limit for their reply in support of the motion to dismiss, Dkt. No. 93, to twenty-five (25) pages. Dkt. No. 99. The parties additionally request an extension of the briefing schedule for the motion to strike, Dkt. No. 97, and the request for judicial notice, Dkt. No. 95.

Having reviewed Defendants' motion, the Court **DENIES** the request to extend the page limit. The Court **GRANTS** the parties' request to extend the briefing schedule. The briefing schedule will be as follows:

- Pursuant to Local Rule 6-1, the deadline for Defendants to file their response to Plaintiffs' Motion to Strike, which will be one combined brief for all Defendants, is continued to December 3, 2018.
- Pursuant to Local Rule 6-1, the deadline for Defendants to file their response to Plaintiffs' Request for Judicial Notice, which will be one combined brief for all Defendants, is continued to December 3, 2018.
- Pursuant to Local Rule 6-1, the deadline for Plaintiffs to file their reply in support of their Motion to Strike is continued to December 14, 2018.

- Pursuant to Local Rule 6-1, the deadline for Plaintiffs to file their reply in support of their Request for Judicial Notice is continued to December 14, 2018.

**IT IS SO ORDERED.**

Dated: 11/20/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge