Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE AQUAMETALS, INC., SECURITIES LITIGATION )
　　　　　　　　　　Plaintiff(s), )
v. )
　　　　　　　　　　Defendant(s). )

Case No: 4:17-cv-7142

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gregory M. Potrepka, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plymouth County Group in the above-entitled action. My local co-counsel in this case is Rosemary M. Rivas, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Levi & Korsinsky, LLP, 733 Summer Street, Suite 304, Stamford, CT 06901 | Levi & Korsinsky, LLP, 44 Montgomery Street, Suite 650, San Francisco, CA 94104 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (203) 992-4523 | (415) 291-2420 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| gpotrepka@zlk.com | rrivas@zlk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 437326.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/09/19　　　　　　　　　　　　　　　Gregory M. Potrepka
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory M. Potrepka is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/10/2018　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Supreme Court at **Hartford** on the **2nd** day of **November, 2015**

**Gregory Mark Potrepka**

of

**Southington, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **October 31, 2018**



Carolyn C. Ziogas
*Chief Clerk*