STEVEN M. SCHATZ, State Bar No. 118356
BORIS FELDMAN, State Bar No. 128838
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       boris.feldman@wsgr.com
       dsavage@wsgr.com

Attorneys for Defendant
Stephen R. Clarke

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Lead Case No.: 4:17-cv-07142-HSG |
| | **CLASS ACTION** |
| | **ORDER** |
| This document relates to: All Actions | |

1    Pursuant to Local Civil Rule 11-5, the Court approves the withdrawal and substitution of
2    counsel sought by Defendant Stephen R. Clarke.

DATED: 8/26/2019                    By: /s/ Haywood S. Gilliam, Jr.
                                    The Honorable Haywood S. Gilliam, Jr.
                                    United States District Judge