Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
kmoody@bermantabacco.com
cpoppler@bermantabacco.com

*Counsel for Lead Plaintiff Plymouth County Group
and Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION<br><br>This document Relates to:<br>All Actions. | Lead Case No.: 4:17-cv-07142-HSG<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE AMENDED CONSOLIDATED COMPLAINT FOR VIOLATION OF SECURITIES LAWS**<br><br>Ctrm: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

WHEREAS, on August 14, 2019, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss and Motion to Strike (ECF No. 113) (the "Order"), which ordered that any amended complaint must be filed within twenty-eight (28 days) of the date of the Order, *i.e.*, no later than September 11, 2019;

WHEREAS Co-Lead Counsel has commitments in other matters and prearranged and prepaid vacation plans which conflict with the existing September 11, 2019 deadline in this matter;

WHEREAS the parties have met and conferred, and have agreed that Lead Plaintiff shall have an additional nine (9) days, to September 20, 2019, to file the amended complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Lead Plaintiff shall file its amended complaint no later than September 20, 2019.

IT IS SO STIPULATED.

DATED: September 5, 2019

**BERMAN TABACCO**

By: _/s/ Nicole Lavallee_
Nicole Lavallee

Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
kmoody@bermantabacco.com
cpoppler@bermantabacco.com

*Counsel for the Plymouth County Group
and Co-Lead Counsel for the Class*

| | | |
|---|---|---|
| 1 | DATED: September 5, 2019 | **GREENBERG TRAURIG, LLP** |
| 2 | | By: */s/ Michael R. Hogue* |
| 3 | | Michael R. Hogue |
| 4 | | 4 Embarcadero Center, Suite 3000 |
| 5 | | San Francisco, CA 94111<br>Telephone: (415) 655-1300 |
| 6 | | Facsimile: (415) 707-2010<br>Email: davidsonds@gtlaw.com |
| 7 | | hoguem@gtlaw.com |
| 8 | | Robert A. Horowitz |
| 9 | | **GREENBERG TRAURIG, LLP**<br>MetLife Building |
| 10 | | 200 Park Avenue<br>New York, NY 10166 |
| 11 | | Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400 |
| 12 | | Email: horowitzr@gtlaw.com |
| 13 | | *Attorneys for Defendants Aqua Metals, Inc., Thomas Murphy, and Selwyn Mould* |
| 14 | | |
| 15 | DATED: September 5, 2019 | **WILSON SONSINI GOODRICH & ROSATI** |
| 16 | | Professional Corporation |
| 17 | | By: */s/ Steven M. Schatz* |
| 18 | | Steven M. Schatz |
| 19 | | Boris Feldman |
| 20 | | Dylan G. Savage<br>650 Page Mill Road |
| 21 | | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 22 | | Facsimile: (650) 565-5100<br>Email: sschatz@wsgr.com |
| 23 | | boris.feldman@wsgr.com<br>dsavage@wsgr.com |
| 24 | | |
| 25 | | *Attorneys for Defendant Stephen R. Clarke* |

**E-FILING ATTESTATION**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that parties above have concurred in and authorized this filing.

*/s/ Nicole Lavallee*
Nicole Lavallee

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Lead Plaintiff shall file its amended complaint no later than September 20, 2019.

**IT IS SO ORDERED.**

DATED: 9/6/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE