| | |
|---|---|
| Michael R. Hogue (SBN 272083)<br>hoguem@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010<br><br>Robert Horowitz<br>horowitzr@gtlaw.com<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>(*pro hac vice*)<br>Attorneys for Defendants<br>Aqua Metals, Inc.,<br>Thomas Murphy, and<br>Selwyn Mould | Nicole Lavallee (SBN 165755)<br>nlavallee@bermantabacco.com<br>Kristin J. Moody (SBN 206326)<br>kmoody@bermantabacco.com<br>A. Chowning Poppler (SBN 272870)<br>cpoppler@bermantabacco.com<br>BERMAN TABACCO<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br><br>Counsel for the PLYMOUTH COUNTY GROUP and Co-Lead Counsel for the Class<br><br>[Additional Counsel on Signature Page] |

Steven M. Schatz, State Bar No. 118356
Boris Feldman, State Bar No. 128838
Dylan G. Savage, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
      boris.feldman@wsgr.com
      dsavage@wsgr.com
Attorneys for Defendant
Stephen R. Clarke

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re Aqua Metals, Inc. Securities Litigation | Lead Case No. 4:17-CV-07142-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND EXCEED PAGE LIMITS RE MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT** |

WHEREAS, on September 20, 2019, Plaintiffs filed their Amended Consolidated Complaint for Violation of Securities Laws ("Amended Complaint") [Doc. 119]. The Amended Complaint, excluding exhibits, is 205 pages long and contained 550 paragraphs of allegations. *Id.*

WHEREAS, on September 27, 2019, counsel for Defendants contacted counsel for Plaintiffs to discuss a stipulation as to briefing schedule as to Defendants' anticipated motions to dismiss the Amended Complaint ("Motions") as well as setting appropriate page limits for briefing given the size and nature of the Amended Complaint and the fact that Defendant Stephen R. Clarke had separate counsel from the other Defendants.

WHEREAS, pursuant to those discussions, the parties agreed that the Defendants would have until November 22, 2019 to file their Motions, that Plaintiffs would have until January 31, 2020 to file their response to the Motions, and that Defendants would have until March 2, 2020 to file their reply briefs.

WHEREAS, the parties also agreed to a proposed hearing date of March 12, 2020, or as soon thereafter as is convenient to the Court and to the parties.

WHEREAS, the parties agreed that Defendants' motion papers would be no more than 50 pages combined for their respective briefs in support of the respective Motions, to be split between Defendants as they deem appropriate, that Plaintiffs would be similarly permitted 50 pages for their brief in response, and that Defendants would be permitted 20 pages combined for their reply briefing.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

1. Pursuant to Local Rule 6-1, the deadline for Defendants to file their Motions is continued to November 22, 2019.
2. Pursuant to Local Rule 6-1, the deadline for Plaintiffs to file their responses to Defendants' anticipated Motions is continued to January 31, 2020.
3. Pursuant to Local Rule 6-1, the deadline for Defendants to file their replies in support of their anticipated Motions is continued to March 2, 2020.
4. The Court shall set a hearing date of March 12, 2020, or as soon thereafter as is

convenient to the Court and to the parties.

5. The page limit imposed by Local Rule 7-4(b) with respect to Defendants' anticipated Motions is extended to fifty (50) total pages, to be divided between Defendants as they deem appropriate.

6. The page limit imposed by Local Rule 7-4(b) with respect to Plaintiffs' response to Defendants' anticipated Motions is extended to fifty (50) pages.

7. The page limit imposed by Local Rule 7-4(b) with respect to Defendants' anticipated reply briefs in support of their Motions is extended to twenty (20) total pages, to be divided between Defendants as they deem appropriate.

IT IS SO STIPULATED.

DATED: October 7, 2019

**BERMAN TABACCO**

By: /s/ *Nicole Lavalee*
      Nicole Lavallee

Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
      kmoody@bermantabacco.com
      cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

Shannon L. Hopkins
Nancy A. Kulesa
Stephanie A. Bartone
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com
      nkulesas@zlk.com
      sbartone@zlk.com

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for the Plymouth County Group and Co-Lead Counsel for the Class*

| | | |
|---|---|---|
| 1 | DATED: October 7, 2019 | **GREENBERG TRAURIG, LLP** |
| 2 | | |
| 3 | | By: /s/ *Michael R. Hogue* |
| 4 | | Michael R. Hogue |
| 5 | | 4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111 |
| 6 | | Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010 |
| 7 | | Email: davidsonds@gtlaw.com<br>       hoguem@gtlaw.com |
| 8 | | |
| 9 | | Robert Horowitz<br>MetLife Building |
| 10 | | 200 Park Avenue<br>New York, NY 10166 |
| 11 | | Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400 |
| 12 | | Email: horowitzr@gtlaw.com |
| 13 | | (*pro hac vice*) |
| 14 | | Counsel for Defendants Aqua Metals, Inc.,<br>Thomas Murphy, and Selwyn Mould |
| 15 | | |
| 16 | | |
| 17 | DATED: October 7, 2019 | **WILSON SONSINI GOODRICH & ROSATI** |
| 18 | | By: /s/ *Steven M. Schatz*<br>    Steven M. Schatz |
| 19 | | |
| 20 | | Steven M. Schatz, State Bar No. 118356<br>Boris Feldman, State Bar No. 128838 |
| 21 | | Dylan G. Savage, State Bar No. 310452<br>WILSON SONSINI GOODRICH & ROSATI |
| 22 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 23 | | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 24 | | Email: sschatz@wsgr.com |
| 25 | |       boris.feldman@wsgr.com<br>      dsavage@wsgr.com |
| 26 | | Attorneys for Defendant<br>Stephen R. Clarke |
| 27 | | |
| 28 | | |

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in its filing.

By: /s/ Michael R. Hogue

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 8, 2019

Haywood S. Gilliam
Judge Haywood S. Gilliam Jr.

