| | |
|---|---|
| Michael R. Hogue (SBN 272083)<br>hoguem@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010<br><br>Robert Horowitz<br>horowitzr@gtlaw.com<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>(*pro hac vice*)<br>Attorneys for Defendants<br>Aqua Metals, Inc.,<br>Thomas Murphy, and<br>Selwyn Mould<br><br>Steven M. Schatz, State Bar No. 118356<br>Boris Feldman, State Bar No. 128838<br>Dylan G. Savage, State Bar No. 310452<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: sschatz@wsgr.com<br>    boris.feldman@wsgr.com<br>    dsavage@wsgr.com<br>Attorneys for Defendant<br>Stephen R. Clarke | Nicole Lavallee (SBN 165755)<br>nlavallee@bermantabacco.com<br>Kristin J. Moody (SBN 206326)<br>kmoody@bermantabacco.com<br>A. Chowning Poppler (SBN 272870)<br>cpoppler@bermantabacco.com<br>BERMAN TABACCO<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br><br>Counsel for the PLYMOUTH COUNTY GROUP and Co-Lead Counsel for the Class<br><br>[Additional Counsel on Signature Page] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In Re Aqua Metals, Inc. Securities Litigation | Lead Case No. 4:17-CV-07142-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS FOR MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT** |

WHEREAS, on September 20, 2019, Plaintiffs filed their Amended Consolidated Complaint for Violation of Securities Laws ("Amended Complaint") [Doc. 119]. The Amended Complaint, excluding exhibits, is 205 pages long and contained 550 paragraphs of allegations. *Id.*

WHEREAS, on September 27, 2019, counsel for Defendants contacted counsel for Plaintiffs to discuss a stipulation as to briefing schedule as to Defendants' anticipated motion to dismiss the Amended Complaint ("Motion") as well as setting appropriate page limits for briefing given the size and nature of the Amended Complaint and the fact that Defendant Stephen R. Clarke had separate counsel from the other Defendants.

WHEREAS, pursuant to those discussions, the parties reached an agreement and submitted a motion for administrative relief on October 7, 2019 [Doc. 120]. On October 8, 2019, the Court denied the motion [Doc. 121], but entered an order on October 9, 2019 setting a separate briefing schedule [Doc. 122].

WHEREAS, in light of the Court's order, on October 9, 2019, counsel for all parties further conferred on page limits and agreed that Defendants would be permitted 40 total pages for their briefs in support of the anticipated Motions to Dismiss, to be divided amongst Defendants in their discretion, and that Plaintiffs would be similarly permitted 40 pages for their brief in response. Defendants proposed these page limits in the interests of judicial economy, recognizing that Defendants would otherwise be entitled to two 25-page motions to dismiss due to being represented by separate counsel.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

1. The page limit imposed by Local Rule 7-4(b) with respect to Defendants' anticipated Motions is extended to forty (40) total pages, to be divided between Defendants at their discretion.
2. The page limit imposed by Local Rule 7-4(b) with respect to Plaintiffs' response to Defendants' anticipated Motions is extended to forty (40) pages.

IT IS SO STIPULATED.

DATED: October 10, 2019						**BERMAN TABACCO**

By:   /s/ *Nicole Lavalee*
     Nicole Lavallee

Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

Shannon L. Hopkins
Nancy A. Kulesa
Stephanie A. Bartone
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com
       nkulesas@zlk.com
       sbartone@zlk.com

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for the Plymouth County Group and
Co-Lead Counsel for the Class*

| | | |
|---|---|---|
| 1 | DATED: October 10, 2019 | **GREENBERG TRAURIG, LLP** |
| 2 | | |
| 3 | | By:   /s/ *Michael R. Hogue* |
| 4 | | Michael R. Hogue |
| 5 | | 4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111 |
| 6 | | Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010 |
| 7 | | Email: davidsonds@gtlaw.com<br>       hoguem@gtlaw.com |
| 8 | | |
| 9 | | Robert Horowitz<br>MetLife Building |
| 10 | | 200 Park Avenue<br>New York, NY 10166 |
| 11 | | Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400 |
| 12 | | Email: horowitzr@gtlaw.com |
| 13 | | (*pro hac vice*) |
| 14 | | *Counsel for Defendants Aqua Metals, Inc.,*<br>*Thomas Murphy, and Selwyn Mould* |
| 15 | | |
| 16 | | |
| 17 | DATED: October 10, 2019 | **WILSON SONSINI GOODRICH & ROSATI** |
| 18 | | By:   /s/ *Steven M. Schatz*<br>     Steven M. Schatz |
| 19 | | |
| 20 | | Steven M. Schatz, State Bar No. 118356<br>Boris Feldman, State Bar No. 128838 |
| 21 | | Dylan G. Savage, State Bar No. 310452<br>WILSON SONSINI GOODRICH & ROSATI |
| 22 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 23 | | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 24 | | Email: sschatz@wsgr.com |
| 25 | |        boris.feldman@wsgr.com<br>       dsavage@wsgr.com |
| 26 | | |
| 27 | | *Attorneys for Defendant*<br>*Stephen R. Clarke* |
| 28 | | |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all other signatories to this document |
| 2 | have concurred in its filing. |
| 3 | By: _/s/ Michael R. Hogue_____ |
| 4 | |
| 5 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 6 | |
| 7 | DATED: October __11__, 2019 |
| 8 | Haywood S. Gilliam, Jr. |
| | UNITED STATES DISTRICT |
| 9 | COURT JUDGE |