Steven M. Schatz, State Bar No. 118356
Boris Feldman, State Bar No. 128838
Dylan G. Savage, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
        boris.feldman@wsgr.com
        dsavage@wsgr.com
Attorneys for Defendant
Stephen R. Clarke

Michael R. Hogue (SBN 272083)
hoguem@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Robert Horowitz
horowitzr@gtlaw.com
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
(*pro hac vice*)
Attorneys for Defendants
Aqua Metals, Inc.,
Thomas Murphy, and
Selwyn Mould

Nicole Lavallee (SBN 165755)
nlavallee@bermantabacco.com
Kristin J. Moody (SBN 206326)
kmoody@bermantabacco.com
A. Chowning Poppler (SBN 272870)
cpoppler@bermantabacco.com
BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200

Counsel for the PLYMOUTH COUNTY
GROUP and Co-Lead Counsel for the
Class

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In Re Aqua Metals, Inc. Securities Litigation | Lead Case No. 4:17-CV-07142-HSG |
| | **CLASS ACTION** |
| | **STIPULATION AND ORDER TO EXCEED PAGE LIMITS FOR DEFENDANTS' REPLY BRIEF TO PLAINTIFFS' OPPOSITION BRIEF** |

Case No. 4:17-CV-07142-HSG

STIPULATION AND ORDER TO EXCEED PAGE LIMITS FOR DEFENDANTS' REPLY BRIEF IN
RESPONSE TO PLAINTIFFS' RESPONSE IN OPPOSITION

WHEREAS, on September 20, 2019, Plaintiffs filed their Amended Consolidated Complaint for Violation of Securities Laws ("Amended Complaint") [Doc. 119], which is 205 pages and contains 550 paragraphs of allegations. *Id.*

WHEREAS, on December 13, 2019, counsel for Defendants contacted counsel for Plaintiffs to discuss a stipulation as to setting an appropriate page length for Defendants' Reply Brief ("Reply"), in light of the length of the Amended Complaint and the fact that Defendant Stephen R. Clarke has separate counsel.

WHEREAS, Plaintiff does not object, subject to Court approval, that Defendants have twenty (20) total pages, to be divided between Defendants at their discretion, for their Reply.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

1. The page limit imposed by Local Rule 7-4(b) with respect to Defendants' anticipated Reply is extended to twenty (20) total pages, to be divided between Defendants at their discretion.

IT IS SO STIPULATED.

DATED: December 13, 2019                    **BERMAN TABACCO**

By:    /s/ Nicole Lavallee
          Nicole Lavallee

Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          kmoody@bermantabacco.com
          cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

Shannon L. Hopkins
Nancy A. Kulesa
Stephanie A. Bartone
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com
          nkulesas@zlk.com
          sbartone@zlk.com

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for the Plymouth County Group and*
*Co-Lead Counsel for the Class*

DATED: December 13, 2019          **WILSON SONSINI GOODRICH & ROSATI**


By: ___/s/ Dylan G. Savage_____
     Dylan G. Savage

Steven M. Schatz, State Bar No. 118356
Boris Feldman, State Bar No. 128838
Dylan G. Savage, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       boris.feldman@wsgr.com
       dsavage@wsgr.com

*Attorneys for Defendant*
*Stephen R. Clarke*

DATED: December 13, 2019          **GREENBERG TRAURIG, LLP**


By: ___/s/ Michael R. Hogue_____

Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

Robert Horowitz
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: horowitzr@gtlaw.com
(*pro hac vice*)

*Counsel for Defendants Aqua Metals, Inc.,*
*Thomas Murphy, and Selwyn Mould*

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in its filing.

By: /s/ Dylan G. Savage

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: December 16, 2019

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT
COURT JUDGE