Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Case No.: 4:17-cv-07142-HSG<br><br>STIPULATION AND ORDER TO DEFER CASE MANAGEMENT CONFERENCE |

STIPULATION TO DEFER CASE MANAGEMENT CONFERENCE & ORDER
 No.: 4:17-cv-07142-HSG

**Pursuant to Local Rule 6.2, the Parties respectfully request the following:**

WHEREAS, the above-captioned case is currently pending before this Court;

WHEREAS, this Court scheduled a case management conference for December 8, 2020;

WHEREAS, the parties have a mediation scheduled for December 9, 2020;

WHEREAS, in light of the December 9, 2020 mediation, the parties agree that the case management conference should be deferred.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. The case management conference be set for January 12, 2021.

IT IS SO STIPULATED.

DATED:  December 1, 2020

Respectfully submitted,

**BERMAN TABACCO**

By:  _/s/ Nicole Lavallee_
     Nicole Lavallee

Nicole Lavallee
Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

|   |   |   |
|---|---|---|
| 1 |  | Shannon L. Hopkins |
| 2 |  | Stephanie A. Bartone<br>**LEVI & KORSINSKY, LLP** |
| 3 |  | 1111 Summer Street, Suite 403<br>Stamford, CT 06905 |
| 4 |  | Telephone: (203) 992-4523<br>Facsimile: (212) 363-7171 |
| 5 |  | Email:  shopkins@zlk.com<br>            sbartone@zlk.com |

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

DATED:  December 1, 2020          **GREENBERG TRAURIG, LLP**

By:   */s/ Michael R. Hogue*
          Michael R. Hogue

Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

Robert A. Horowitz (*pro hac vice*)
Met Life Building, 200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  horowitzr@gtlaw.com

*Counsel for Defendants Aqua Metals, Inc., Thomas Murphy, and Selwyn Mould*

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| 2 | | By: ___/s/ Steven M. Schatz___ |
| 3 | | Steven M. Schatz |

Steven M. Schatz
Dylan Grace Savage
Alexander K. Brehnan
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       dsavage@wsgr.com
       abrehnan@wsgr.com

*Counsel for Defendant Stephen R. Clarke*

### ORDER

It is hereby ordered that:

1. The case management conference shall be moved to January 12, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __12/2/2020__                    _____
                                        HON. HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE