Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Case No.: 4:17-cv-07142-HSG<br><br>STIPULATION AND ORDER TO DEFER CASE MANAGEMENT CONFERENCE |

**Pursuant to Local Rule 6.2, the Parties respectfully request the following:**

WHEREAS, the above-captioned case is currently pending before this Court;

WHEREAS, there is a case management conference scheduled in this action for January 12, 2021;

WHEREAS, the parties attended a mediation on December 9, 2020 to discuss resolution of the action and those discussions are ongoing;

WHEREAS, in light of the ongoing settlement discussions, the parties agree that the case management conference should be deferred.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. The case management conference be set for February 9, 2021.

IT IS SO STIPULATED.

DATED: January 5, 2021

Respectfully submitted,

**BERMAN TABACCO**

By:  */s/ Nicole Lavallee*
             Nicole Lavallee

Nicole Lavallee
Kristin J. Moody
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
           kmoody@bermantabacco.com
           cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

Shannon L. Hopkins
Stephanie A. Bartone
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com
           sbartone@zlk.com

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

DATED:  January 5, 2021            **GREENBERG TRAURIG, LLP**

By:   */s/ Robert A. Horowitz*
          Robert A. Horowitz

Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

Robert A. Horowitz (*pro hac vice*)
Met Life Building, 200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  horowitzr@gtlaw.com

*Counsel for Defendants Aqua Metals, Inc., Thomas Murphy, and Selwyn Mould*

| | |
|---|---|
| DATED: January 5, 2021 | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br><br>By:    */s/ Dylan Grace Savage*<br>          Dylan Grace Savage<br><br>Steven M. Schatz<br>Dylan Grace Savage<br>Alexander K. Brehnan<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: sschatz@wsgr.com<br>       dsavage@wsgr.com<br>       abrehnan@wsgr.com<br><br>*Counsel for Defendant Stephen R. Clarke* |

**ORDER**

It is hereby ordered that:

    1.    The case management conference shall be moved to February 9, 2021 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  1/6/2021

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE