Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Case No.: 4:17-cv-07142-HSG<br><br>STIPULATION AND ORDER DENYING TO DEFER CASE MANAGEMENT CONFERENCE |

STIPULATION TO DEFER CASE MANAGEMENT CONFERENCE & ORDER DENYING
No.: 4:17-cv-07142-HSG

**Pursuant to Local Rule 6.2, the Parties respectfully request the following:**

WHEREAS, the above-captioned case is currently pending before this Court;

WHEREAS, there is a case management conference scheduled in this action for February 9, 2021;

WHEREAS, the parties attended a mediation on December 9, 2020 to discuss resolution of the action and those discussions are ongoing;

WHEREAS, in light of the ongoing settlement discussions, the parties agree that the case management conference should be deferred.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. The case management conference be set for March 9, 2021.

IT IS SO STIPULATED.

DATED:  February 1, 2021

                                                                Respectfully submitted,

                                                                **LEVI & KORSINSKY, LLP**

                                                                By:      /s/ Shannon L. Hopkins
                                                                Shannon L. Hopkins
                                                                Stephanie A. Bartone
                                                                1111 Summer Street, Suite 403
                                                                Stamford, CT 06905
                                                                Telephone: (203) 992-4523
                                                                Facsimile: (212) 363-7171
                                                                Email: shopkins@zlk.com
                                                                           sbartone@zlk.com

                                                                Rosemary M. Rivas
                                                                **LEVI & KORSINSKY, LLP**
                                                                388 Market Street, Suite 1300
                                                                San Francisco, CA 94111
                                                                Telephone: (415) 373-1671
                                                                Facsimile: (415) 484-1294
                                                                Email: rrivas@zlk.com

                                                                Nicole Lavallee
                                                                Kristin J. Moody
                                                                A. Chowning Poppler

|   |   |   |
|---|---|---|
| 1 | | **BERMAN TABACCO** |
| 2 | | 44 Montgomery Street, Suite 650 |
|   | | San Francisco, CA 94104 |
| 3 | | Telephone: (415) 433-3200 |
|   | | Facsimile: (415) 433-6382 |

BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

DATED:  February 1, 2021

**GREENBERG TRAURIG, LLP**

By:   */s/ Michael R. Hogue*
      Michael R. Hogue

Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

Robert A. Horowitz (*pro hac vice*)
Met Life Building, 200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  horowitzr@gtlaw.com

*Counsel for Defendants Aqua Metals, Inc., Thomas Murphy, and Selwyn Mould*

DATED:  February 1, 2021

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

---

STIPULATION TO DEFER CASE MANAGEMENT CONFERENCE & ORDER DENYING
No.: 4:17-cv-07142-HSG     2

|   |   |
|---|---|
| 1 | By: __/s/ Steven M. Schatz__ |
| 2 |      Steven M. Schatz |

Steven M. Schatz
Dylan Grace Savage
Alexander K. Brehnan
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       dsavage@wsgr.com
       abrehnan@wsgr.com

*Counsel for Defendant Stephen R. Clarke*

**ORDER**

It is hereby ordered that:

   1.   The case management conference shall be moved to March 9, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 2/2/2021

_____
HON. _____ GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[STAMP: DENIED — Judge Haywood S. Gilliam Jr.]

STIPULATION TO DEFER CASE MANAGEMENT CONFERENCE &
ORDER DENYING
No.: 4:17-cv-07142-HSG

3