Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
            kmoody@bermantabacco.com
            cpoppler@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group
and Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Lead Case No.: 4:17-cv-07142-HSG |
| This document Relates to: All Actions. | **STIPULATION AND [PROPOSED] ORDER TO CORRECT NOVEMBER 16, 2020 ORDER GRANTING MOTION TO DISMISS** |

Pursuant to Local Rule 7-12, the Parties respectfully request the following:

WHEREAS, the above-captioned action is currently pending before this Court;

WHEREAS, on August 14, 2019, this Court issued an Order Granting in Part and Denying in Part Motion to Dismiss and Motion to Strike (Dkt. 113) (the "August 2019 Order");

WHEREAS, the August 2019 Order denied Defendants' motion to dismiss as to Plaintiff's Count Two for violations of Section 10(b) and Rule 10b-5(a) and (c) scheme liability, and Count Three, Section 20(a) control liability claim, as the 20(a) claims relates to Count Two;

WHEREAS, the August 2019 Order also granted the Defendants' motion to dismiss as to Plaintiff's Count One for violations of Section 10(b) and Rule 10b-5(b) misrepresentation, and Count Three for violations of Section 20(a) control liability, as the 20(a) claims relates to Count One, with leave to amend;

Whereas, on September 20, 2019, Plaintiff filed an amended complaint;

Whereas, on November 1, 2019, Defendants moved to dismiss the amended complaint as to Plaintiff's Count One for violations of Section 10(b) and Rule 10b-5(b) misrepresentation and Count Three for violations of Section 20(a) control liability as the 20(a) claims relates to Count One only (the "Second Motion to Dismiss");

WHEREAS, on November 16, 2020, this Court issued an Order Granting Motion to Dismiss (Dkt. 141) (the "November 2020 Order");

WHEREAS, the first sentence under Section V (titled "CONCLUSION") on page 31, lines 12-14 of the November 2020 Order states, in part, that the Court grants "Defendants' motion to dismiss the Section 10(b), Rule 10b-5(a) and (c) scheme liability claim and Section 20(a) control person liability claim as it relates to Count One . . . .";

WHEREAS, the reference to Rule 10b-5(a) and (c) scheme liability claim is a clerical error;

WHEREAS, in order to correct this clerical error, the aforementioned sentence in the November 2020 Order should be corrected to delete the words "Rule 10b-5(a) and (c) scheme liability claim" and replace them with "Plaintiff's Count One Section 10(b) and Rule 10b-5(b) misrepresentation claim;"

THEREBY, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that:

The first sentence under Section V, on page 31, of the November 2020 Order shall be corrected by deleting the words "Rule 10b-5(a) and (c) scheme liability claim" and replacing them with "Plaintiff's Count One Section 10(b) and Rule 10b-5(b) misrepresentation claim;"

IT IS SO STIPULATED.
DATED:  March 22, 2021

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: */Shannon L. Hopkins*
     Shannon L. Hopkins

Stephanie A. Bartone
1111 Summer Street, Suite 403
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email:  shopkins@zlk.com
       sbartone@zlk.com

Nicole Lavallee
Kristin J. Moody
A. Chowning Poppler
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
       kmoody@bermantabacco.com
       cpoppler@bermantabacco.com

Leslie R. Stern
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: lstern@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

DATED: March 22, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: __/s/ Michael R. Hogue_____
Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

Robert A. Horowitz (pro hac vice)
Met Life Building, 200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: horowitzr@gtlaw.com

*Counsel for Defendants Aqua Metals, Inc., Thomas Murphy, and Selwyn Mould*

| | |
|---|---|
| DATED:  March 22, 2021 | Respectfully submitted, |
| | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| | By:   *Steven M. Schatz*   <br>          Steven M. Schatz |
| | Steven M. Schatz <br> Dylan Grace Savage <br> Alexander K. Brehnan <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 49-9300 <br> Facsimile: (650) 565-5100 <br> Email:  sschatz@wsgr.com <br> dsavage@wsgr.com <br> abrehnan@wsgr.com |
| | *Counsel for Defendant Stephen R. Clarke* |

**[PROPOSED] ORDER**

It is hereby ordered that:

The first sentence under Section V on page 31 of the Court's November 19, 2020 Order, titled "CONCLUSION," shall be corrected by deleting the words "Rule 10b-5(a) and (c) scheme liability claim" and replacing them with "Plaintiff's Count One Section 10(b) and Rule 10b-5(b) misrepresentation claim."

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 3/23/2021

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[4:17-cv-07142-HSG] STIPULATION AND ORDER TO CORRECT NOVEMBER 16, 2020 ORDER GRANTING MOTION TO DISMISS      6