Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com

Shannon L. Hopkins
Stephanie A. Bartone
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com
       sbartone@zlk.com

*Counsel for the Lead Plaintiff Plymouth County Group
and Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Case No.: 4:17-cv-07142-HSG |
| | **CLASS ACTION** |
| | **JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| This document Relates to: All Actions. | Ctrm: 2, 4th Floor |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

[No.: 4:17-cv-07142-HSG] JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Court-appointed Lead Plaintiff, the Plymouth County Group (consisting of Plymouth County Retirement Association, Denis Taillefer and his private company, 1103371 Ontario Ltd.) ("Plaintiff"), and Defendants Aqua Metals, Inc., Thomas Murphy, Selwyn Mould and Stephen R. Clarke ("Defendants," with Plaintiff, the "Parties"), hereby stipulate and agree as follows.

WHEREAS, on May 27, 2021, the Parties filed a joint stipulation with the Court stating they reached an agreement in principle to resolve all issues and claims involved in this litigation and requested a stay of the action for Plaintiff to file a motion for preliminary approval of settlement (ECF No. 160);

WHEREAS, on May 28, 2021, this Court entered an order vacating all dates currently set in this Action, staying all proceedings for forty-five (45) days, and setting a date for the motion for preliminary approval to be filed within thirty (30) days (ECF No.161);

WHEREAS, pursuant to the Court's May 28, 2021 Order, the Plaintiff must file its motion for preliminary approval of settlement by June 28, 2021;

WHEREAS, on June 2, 2021, Plaintiff circulated a draft Stipulation of Settlement to Defendants for review;

WHEREAS, the parties have agreed to all substantive terms, however, Defendants believe they may need additional time to review and get final agreement on the Stipulation of Settlement;

WHEREAS, Plaintiff is unable to file the motion for preliminary approval of settlement until the Stipulation of Settlement has been executed;

WHEREAS, the parties have met and conferred and have agreed that Plaintiff shall have an additional week, to July 6, 2021 (July 5, 2021 is a holiday), to file its motion for preliminary approval of settlement.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that:

1. Lead Plaintiff shall file its motion for preliminary approval no later than July 6, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| 1  DATED: June 25, 2021 | Respectfully submitted, |
| 2 | **BERMAN TABACCO** |
| 3 | |
| 4 | By: ___/s/ Kristin J. Moody___<br>Nicole Lavallee |
| 5 | Kristin J. Moody<br>44 Montgomery Street, Suite 650 |
| 6 | San Francisco, CA 94104 |
| 7 | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 8 | Email: nlavallee@bermantabacco.com<br>    kmoody@bermantabacco.com |
| 9 | **LEVI & KORSINSKY, LLP** |
| 10 | Shannon L. Hopkins<br>Stephanie A. Bartone |
| 11 | 1111 Summer Street, Suite 403 |
| 12 | Stamford, CT 06905<br>Telephone: (203) 992-4523 |
| 13 | Facsimile: (212) 363-7171<br>Email: shopkins@zlk.com |
| 14 |     sbartone@zlk.com |
| 15 | *Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class* |

| | | |
|---|---|---|
| 1 | DATED: June 25, 2021 | **GREENBERG TRAURIG, LLP** |
| 2 | | |
| 3 | | By: _/s/ Robert A. Horowitz_ |
| 4 | | Michael R. Hogue |
| 5 | | 4 Embarcadero Center, Suite 3000 |
| | | San Francisco, CA 94111 |
| 6 | | Telephone: (415) 655-1300 |
| 7 | | Facsimile: (415) 707-2010 |
| | | Email: hoguem@gtlaw.com |
| 8 | | Robert A. Horowitz |
| 9 | | 200 Park Avenue |
| | | New York, NY 10166 |
| 10 | | Telephone: (212) 801-2194 |
| 11 | | Email: horowitzr@gtlaw.com |
| 12 | | *Counsel for Defendants Aqua Metals, Inc., Selwyn Mould, and Thomas Murphy* |
| 13 | | **WILSON SONSINI GOODRICH & ROSATI** |
| 14 | | By: _/s/ Dylan Grace Savage_ |
| 15 | | |
| 16 | | Steven M. Schatz |
| | | Dylan Grace Savage |
| 17 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| 18 | | Telephone: (650) 493-9300 |
| 19 | | Facsimile: (650) 565-5100 |
| | | Email: sschatz@wsgr.com |
| 20 | |     dsavage@wsgr.com |
| 21 | | *Counsel for Defendant Stephen R. Clarke* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | [No.: 4:17-cv-07142-HSG] JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT    3 |

# **E-FILING ATTESTATION**

I, Kristin J. Moody, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert A. Horowitz and Dylan Grace Savage have concurred in this filing.

*/s/ Kristin J. Moody*
Kristin J. Moody

<pre>
                              ORDER

     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

     1. Lead Plaintiff shall file its motion for preliminary approval of settlement no later than
        July 6, 2021.

     **IT IS SO ORDERED.**


     DATED:    6/28/2021                    _____
                                            HON. HAYWOOD S. GILLIAM, JR.
                                            UNITED STATES DISTRICT JUDGE
</pre>