Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         kmoody@bermantabacco.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Case No.: 4:17-cv-07142-HSG |
| | **CLASS ACTION** |
| | **JOINT STIPULATION OF PROPOSED SCHEDULE** |
| This document Relates to: All Actions. | Judge: Hon. Haywood S. Gilliam, Jr. |

Lead Plaintiff the Plymouth County Group (consisting of Plymouth County Retirement Association, Denis Taillefer and his private company, 1103371 Ontario Ltd.), together with Defendants Aqua Metals, Inc. ("Aqua Metals"), Thomas Murphy, Selwyn Mould and Stephen R. Clarke (collectively, "Defendants"), respectfully submit this Joint Stipulation of Proposed Case Schedule pursuant to the Court's October 5, 2021 Order Granting Preliminary Approval of Settlement (ECF No. 170).

**I.      PROPOSED SCHEDULE**

The Parties make the below proposal and reserve the right to seek to modify the following deadlines.

| Event | Date |
|---|---|
| Deadline for mailing Notice and Claim Form | October 20, 2021 |
| Filing deadline for final approval motion | November 19, 2021 |
| Filing deadline for attorneys' fees and costs motion | November 19, 2021 |
| Filing deadline for motion for reimbursement of cost and expenses for Lead Plaintiff | November 19, 2021 |
| Deadline for Class Members to opt out or object to settlement and/or application for attorneys' fees and costs and reimbursement of cost and expenses for Lead Plaintiff, at least 45 days after the filing of the motions for attorneys' fees and incentive payments | January 3, 2022 |
| Final fairness hearing and hearing on motions | February 2, 2022 |

1
2  DATED: October 7, 2021                    Respectfully submitted,
3
                                              **LEVI & KORSINSKY, LLP**
4
                                              By:    */s/ Shannon L. Hopkins*
5                                             Shannon L. Hopkins
                                              Stephanie A. Bartone
6                                             1111 Summer Street, Suite 403
                                              Stamford, CT 06905
7                                             Telephone: (203) 992-4523
                                              Facsimile: (212) 363-7171
8                                             Email: shopkins@zlk.com
                                                       sbartone@zlk.com
9
10                                            **BERMAN TABACCO**
                                              Nicole Lavallee
11                                            Kristin J. Moody
                                              44 Montgomery Street, Suite 650
12                                            San Francisco, CA 94104
                                              Telephone: (415) 433-3200
13                                            Facsimile: (415) 433-6382
                                              Email: nlavallee@bermantabacco.com
14                                                     kmoody@bermantabacco.com
15
16                                            *Counsel for the Lead Plaintiff Plymouth County
                                              Group and Co-Lead Counsel for the Class*
17
18
19
20
21
22
23
24
25
26
27
28

DATED: October 7, 2021        **GREENBERG TRAURIG, LLP**

By:   */s/ Michael R. Hogue*

Michael R. Hogue
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

Robert A. Horowitz
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-2194
Facsimile: (212) ----------------
Email: horowitzr@gtlaw.com

*Counsel for Defendants Aqua Metals, Inc., Selwyn Mould\, and Thomas Murphy*

**WILSON SONSINI GOODRICH & ROSATI**

By:   */s/ Steven M. Schatz*

Steven M. Schatz
Alexander K. Brehnan
Dylan Grace Savage
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
      abrehnan@wsgr.com
      dsavage@wsgr.com

1 | **E-FILING ATTESTATION**

2 |     I, Shannon L. Hopkins, am the ECF User whose ID and password are being used to file
3 | this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael R.
4 | Hogue and Steven M. Schatz have concurred in this filing.

7 |                          */s/ Shannon L. Hopkins*
8 |                          Shannon L. Hopkins

## [PROPOSED] CASE SCHEDULE

The above JOINT STIPULATION OF PROPOSED SCHEDULE AND PROPOSED ORDER is approved for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

**IT IS SO ORDERED.**

DATED: _____

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE