Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com

Shannon L. Hopkins
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for the Lead Plaintiff Plymouth County Group and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION | Case No.: 4:17-cv-07142-HSG |
| | **STIPULATED FINAL JUDGMENT** |
| This document Relates to:<br>All Actions. | |

1	WHEREAS, the Court issued an Order on March 2, 2022 finally approving the Settlement in the above-captioned action, including the Stipulation of Settlement fully executed on July 2, 2021 (see ECF No. 166-1), as fair, adequate and reasonable (the "Order") (see ECF No. 182);

WHEREAS, the Order is fully incorporated by reference herein;

WHEREAS, the Order directed the Settling Parties to file a short stipulated final judgment of two pages or less within 14 days from the date of the Order;

WHEREAS, the Settling Parties agree to the entry of this Judgment; and

WHEREAS, the Settling Parties designate this Judgment as the "Judgment" referred to in the Stipulation of Settlement (Section 1.20), and agree that entry of this Judgment shall satisfy the condition of effectiveness set forth in Section 10.1 of the Stipulation of Settlement;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The terms of the Settlement, including all releases and bar orders contained therein, and of this Judgment shall be forever binding on Defendants, Lead Plaintiff and all other Settlement Class Members.

2. Lead Plaintiff's action is dismissed with prejudice.

3. The Court retains jurisdiction over the subject matter of the Action, Lead Plaintiff, all Settlement Class Members, and the Defendants, as set forth more fully in Section 14.11 of the Stipulation of Settlement.

4. The Clerk is further directed to close the case.

**IT IS SO ORDERED**.

Date: 3/8/2022

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge