Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       kmoody@bermantabacco.com

Shannon L. Hopkins
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Lead Plaintiff Plymouth County Group and
Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE AQUA METALS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 4:17-cv-07142-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT HEARING ON UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS (as modified)**<br><br>Date: July 13, 2023<br>Time: 2:00 pm<br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1    **IT IS HEREBY ODERED THAT**:

2    This Court, having considered Plaintiff Plymouth County Group's request that it's counsel
3    be permitted to appear telephonically or via videoconference at the hearing regarding on
4    Plaintiff's Unopposed Motion for Distribution of Class Settlement Funds, finds that the request
5    should be GRANTED.

6    Permission is hereby granted for counsel for Plymouth County Group to appear
7    telephonically at the July 13, 2023 hearing.  Counsel shall use the following dial-in information
8    to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.  Counsel is required to dial-in at
9    least 15 minutes before the hearing to check-in with the CRD.

10   **IT IS SO ORDERED.**

11   DATED:  7/12/2023

     _____
12   Honorable Haywood S. Gilliam, Jr.
     United States District Judge